# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Sarah Butts, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 6:14-cv-04488-MGL |
| American InterContinental University ; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Sarah Butts, and Defendant American InterContinental University, Inc., ("AIU") improperly named as American InterContinental University, hereby jointly stipulate to the dismissal of Plaintiff's claims, without prejudice, against AIU with each side to bear its own fees and costs.

Dated: February 23, 2015

Respectfully submitted,

| Sarah Butts | American InterContinental University |
|---|---|
| /s/ *Brian J. Headley* | /s/ *Rebecca K. Lindahl* |
| Brian J. Headley, Esquire | Rebecca K. Lindahl |
| District of South Carolina Bar ID No. 11427 | Federal Id. No 10806 |
| The Headley Law Firm | Katten Muchin Rosenman, LLP |
| 1156 Bowman Rd., Suite 200 | Charlotte, NC 28202 |
| Mount Pleasant, SC  29464 | Telephone: (704) 344-3141 |
| Telephone: (843) 375-6181 | Facsimile: (704) 344-2277 |
| Facsimile: (843) 375-6185 | Rebecca.lindahl@kattenlaw.com |
| bjheadley@yahoo.com | *Attorneys for Defendants* |
| bheadley@lemberglaw.com | |
| *Attorneys for Plaintiff* | |

*Of Counsel to*

2

_____        _____

Lemberg Law, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (888) 953-6237
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2015, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By  /s/ Brian J. Headley
          Brian J. Headley, Esq.